IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Princess Mill Properties, LLC | § | Case No. 18-10001 |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 01/21/2018. The case was converted to one under Chapter 7 on 05/01/2018. The undersigned trustee was appointed on 05/02/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 1,586,394.28 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 36,374.14 |
| Bank service fees | | 2,751.57 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 1,547,268.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/28/2018 and the deadline for filing governmental claims was 10/29/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 70,841.83 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 70,841.83 , for a total compensation of $ 70,841.83 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3,992.50 , for total expenses of $ 3,992.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/08/2020            By:/s/Adam Hoover
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 18-10001    MFW    Judge: Mary F. Walrath | Trustee Name:    Adam Hoover |
| Case Name: | Princess Mill Properties, LLC | Date Filed (f) or Converted (c):    05/01/18 (c) |
| | | 341(a) Meeting Date:    08/28/18 |
| For Period Ending: | 02/08/20 | Claims Bar Date:    08/28/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 218 & 220 Est La Grande Princesse | 726,000.00 | 0.00 | | 1,450,000.00 | FA |
| 2. Insurance settlement (u) | 0.00 | 121,394.28 | | 121,394.28 | FA |
| 3. Attorney Retainer Reimbursement (u) | 0.00 | 10,000.00 | | 15,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $726,000.00 | $131,394.28 | | $1,586,394.28 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 12/31/19

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 18-10001 -MFW | | Trustee Name: | Adam Hoover |
| Case Name: | Princess Mill Properties, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0037  Checking Account |
| Taxpayer ID No: | *******9053 | | | |
| For Period Ending: | 02/08/20 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 2,850,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 1,549,102.03 | | 1,549,102.03 |
| 10/04/19 | | Marshall & Sterling | Insurance premium refund | 2420-000 | | -2,066.54 | 1,551,168.57 |
| 10/07/19 | 040001 | United States Trustee | Order dated 6/11/18, Doc 50 | 2950-000 | | 650.00 | 1,550,518.57 |
| 10/23/19 | 040002 | Collingwood & Associates | Order dated 10/17/19, Doc 168 | 3410-000 | | 3,250.00 | 1,547,268.57 |
| * 10/23/19 | 040003 | V I Bureau of Internal Revenue | Order dated 10/17/19, Doc 167 | 4800-003 | | 2,149.00 | 1,545,119.57 |
| * 12/10/19 | 040003 | V I Bureau of Internal Revenue | Order dated 12/9/19, Doc 173 | 4800-003 | | -2,149.00 | 1,547,268.57 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 1,549,102.03 | 1,833.46 | 1,547,268.57 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 1,549,102.03 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,833.46 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,833.46 | |

Page Subtotals   1,549,102.03   1,833.46

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 22.02c

**FORM 2**

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 18-10001 -MFW | | Trustee Name: | Adam Hoover |
| Case Name: | Princess Mill Properties, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8000  Money Market Account |
| Taxpayer ID No: | *******9053 | | | |
| For Period Ending: | 02/08/20 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 2,850,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/18 | 2 | Marshall & Sterling | Insurance settlement | 1249-000 | 121,394.28 | | 121,394.28 |
| 05/20/18 | 1 | Sugar Mill Vet | Order, 6/11/18, Doc 49 | 1122-000 | 5,000.00 | | 126,394.28 |
| 06/01/18 | 003001 | Master-Risk | Order, 6/11/18, Doc 50 | 2420-000 | | 685.74 | 125,708.54 |
| 06/23/18 | 1 | Sugar Mill Vet | Order, 6/11/18, Doc 49 | 1122-000 | 5,000.00 | | 130,708.54 |
| 06/23/18 | 003002 | Master Risk | Order, 6/11/18, Doc 50 | 2420-000 | | 685.74 | 130,022.80 |
| 07/09/18 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 5,000.00 | | 135,022.80 |
| 07/23/18 | 003003 | Master Risk | Order, 6/11/18, Doc 50 | 2420-000 | | 685.74 | 134,337.06 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 163.90 | 134,173.16 |
| 08/02/18 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 5,000.00 | | 139,173.16 |
| 08/19/18 | 003004 | Master Risk | Order 6/11/18, Doc 50 | 2420-000 | | 685.74 | 138,487.42 |
| 08/20/18 | 3 | Ben Currence | Retainer reimbursement | 1229-000 | 5,000.00 | | 143,487.42 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 198.17 | 143,289.25 |
| 09/05/18 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 5,000.00 | | 148,289.25 |
| 09/21/18 | 3 | Ben Currence | Retainer reimbursement | 1229-000 | 2,500.00 | | 150,789.25 |
| 09/21/18 | 003005 | Master Risk | Order 8/11/2018, Doc 50 | 2420-000 | | 685.74 | 150,103.51 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 208.43 | 149,895.08 |
| 10/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 212.44 | 149,682.64 |
| 10/28/18 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 5,000.00 | | 154,682.64 |
| 10/28/18 | 003006 | Master Risk | Order 6/11/18, Doc 50 | 2420-000 | | 685.74 | 153,996.90 |
| 11/02/18 | 003007 | Sugar Mill Vet Center | Order 9/10/18, Doc 86 | 2690-000 | | 1,225.00 | 152,771.90 |
| 11/03/18 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 5,000.00 | | 157,771.90 |
| 11/25/18 | 003008 | Master Risk | Order 6/11/18, Doc 50 | 2420-000 | | 685.74 | 157,086.16 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 223.20 | 156,862.96 |
| 12/04/18 | 1 | Sugar Mill Vet | Order 6/11/19, Doc 49 | 1122-000 | 5,000.00 | | 161,862.96 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 225.91 | 161,637.05 |
| 01/01/19 | 003009 | Master Risk | Order 6/11/18, Doc 50 | 2420-000 | | 685.74 | 160,951.31 |
| 01/04/19 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 5,000.00 | | 165,951.31 |

Page Subtotals    173,894.28    7,942.97

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 18-10001 -MFW | Trustee Name: | Adam Hoover |
| --- | --- | --- | --- |
| Case Name: | Princess Mill Properties, LLC | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | *******8000 Money Market Account |
| Taxpayer ID No: | *******9053 |  |  |
| For Period Ending: | 02/08/20 | Blanket Bond (per case limit): |  |
|  |  | Separate Bond (if applicable): | $ 2,850,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/19 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 239.31 | 165,712.00 |
| 01/26/19 | 003010 | Master Risk | Order 6/11/18, Doc 50 | 2420-000 |  | 685.74 | 165,026.26 |
| 02/03/19 | 3 | Ben Currence | Retainer reimbursement | 1229-000 | 7,500.00 |  | 172,526.26 |
| 02/03/19 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 5,000.00 |  | 177,526.26 |
| 02/25/19 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 244.65 | 177,281.61 |
| * 03/05/19 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-003 | 5,000.00 |  | 182,281.61 |
| 03/25/19 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 234.78 | 182,046.83 |
| * 03/31/19 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-003 | -5,000.00 |  | 177,046.83 |
|  |  |  | Deposit item returned 3/11/19 |  |  |  |  |
| 04/04/19 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 5,000.00 |  | 182,046.83 |
| * 04/04/19 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-003 | 5,000.00 |  | 187,046.83 |
| 04/04/19 |  | Master Risk | Insurance premium refund | 2420-000 |  | -959.20 | 188,006.03 |
| 04/06/19 | 003011 | Marshall & Sterling | Order 6/11/18, Doc 50 | 2420-000 |  | 4,000.00 | 184,006.03 |
| 04/25/19 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 264.37 | 183,741.66 |
| * 04/30/19 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-003 | -5,000.00 |  | 178,741.66 |
|  |  |  | Deposit item returned 4/9/19 |  |  |  |  |
| 05/06/19 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 10,000.00 |  | 188,741.66 |
| 05/18/19 | 003012 | Master Risk | Order 6/11/18, Doc 50 | 2420-000 |  | 738.87 | 188,002.79 |
| 05/28/19 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 259.13 | 187,743.66 |
| 06/14/19 | 1 | Sugar Mill Vet | Order 6/11/19, Doc 49 | 1122-000 | 5,000.00 |  | 192,743.66 |
| 06/22/19 | 003013 | Master Risk | Order 6/14/19, Doc 140 | 2420-000 |  | 738.87 | 192,004.79 |
| 06/25/19 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 277.28 | 191,727.51 |
| 06/27/19 | 003014 | Government of the Virgin Islands | Order dated 10/11/18, Doc 104 | 2500-000 |  | 17,035.37 | 174,692.14 |
| 06/27/19 | 003015 | Government of the Virgin Islands | Order 8/16/19, Doc 154 | 2500-000 |  | 3,250.64 | 171,441.50 |
| 07/02/19 | 1 | William Smith | Order 9/10/18, Doc 87 | 1110-000 | 137,500.00 |  | 308,941.50 |
| 07/02/19 | 1 | Sugar Mill Vet | Order 6/11/18, Doc 49 | 1122-000 | 5,000.00 |  | 313,941.50 |
| 07/27/19 | 003016 | Master Risk | Order 6/14/19, Doc 140 | 2420-000 |  | 738.87 | 313,202.63 |
| 08/03/19 | 1 | William Smith | Order 9/10/18, Doc 87 |  | 1,235,899.40 |  | 1,549,102.03 |
|  |  |  | Memo Amount:     (     1,600.60 ) | 2500-000 |  |  |  |

Page Subtotals     1,410,899.40     27,748.68

FORM 2

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 18-10001 -MFW | Trustee Name: | Adam Hoover |
| --- | --- | --- | --- |
| Case Name: | Princess Mill Properties, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | ********8000  Money Market Account |
| Taxpayer ID No: | ********9053 | | |
| For Period Ending: | 02/08/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 2,850,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 2019 real property tax allocation | | | | |
| | | | 2019 real property tax allocation | | | | |
| | | | Memo Amount:    1,237,500.00 | 1110-000 | | | |
| | | | Sale of real property | | | | |
| 08/29/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 1,549,102.03 | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 1,237,500.00 | COLUMN TOTALS | 1,584,793.68 | 1,584,793.68 | 0.00 |
| Memo Allocation Disbursements: | 1,600.60 | Less:  Bank Transfers/CD's | 0.00 | 1,549,102.03 | |
| | | Subtotal | 1,584,793.68 | 35,691.65 | |
| Memo Allocation Net: | 1,235,899.40 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 1,584,793.68 | 35,691.65 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 1,237,500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 1,600.60 | Checking Account - ********0037 | 0.00 | 1,833.46 | 1,547,268.57 |
| | | Money Market Account - ********8000 | 1,584,793.68 | 35,691.65 | 0.00 |
| Total Memo Allocation Net: | 1,235,899.40 | | 1,584,793.68 | 37,525.11 | 1,547,268.57 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        1,549,102.03

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 08, 2020 |

Case Number:  18-10001  
Debtor Name:  Princess Mill Properties, LLC                    Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2<br>070<br>7100-00 | Live Oak Banking Company | Unsecured | | $843,013.18 | $0.00 | $843,013.18 |
| 1<br>050<br>4110-00 | Live Oak Banking Company<br>2605 Iron Gate Dr., Ste 100<br>Wilmington, NC 28412 | Secured | | $1,280,000.00 | $0.00 | $1,280,000.00 |
| | Case Totals: | | | $2,123,013.18 | $0.00 | $2,123,013.18 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-10001
Case Name: Princess Mill Properties, LLC
Trustee Name: Adam Hoover

Balance on hand $ 1,547,268.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Live Oak Banking Company | $ 2,123,013.18 | $ 1,280,000.00 | $ 0.00 | $ 629,421.06 |

Total to be paid to secured creditors $ 629,421.06

Remaining Balance $ 917,847.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Adam Hoover | $ 70,841.83 | $ 0.00 | $ 70,841.83 |
| Trustee Expenses: Adam Hoover | $ 3,992.50 | $ 0.00 | $ 3,992.50 |

Total to be paid for chapter 7 administrative expenses $ 74,834.33

Remaining Balance $ 843,013.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 843,013.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Live Oak Banking Company | $ 843,013.18 | $ 0.00 | $ 843,013.18 |
| | Total to be paid to timely general unsecured creditors | | | $ 843,013.18 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE